## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission, | No. CV-14-01557-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| TriVita Incorporated, et al., | |
| Defendants. | |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this case be reassigned, by lot, to another judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable Steven P. Logan. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-14-01557-PHX-SPL. Pending: Stipulation re: Final Order for Permanent Injunction and Other Equitable Relief and Monetary Judgment (Doc. 2).

Dated this 11th day of July, 2014.

Douglas L. Rayes
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28